

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| WILLIAM   KIRKPATRICK, | § | No. 08-14-00255-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20080D04797) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **May 30, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Brock Benjamin, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before May 30, 2015.

IT IS SO ORDERED this 6th day of May, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.